Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**GRACE A. KIM,** Attorney (CSBN 247456)
Office of the Solicitor (Sol#0918665)
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-3950
Facsimile:  (213) 894-2064
E-mail: kim.grace@dol.gov

NOTE: CHANGES MADE BY THE COURT

Attorneys for the Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**,<br>   Secretary of Labor,<br>   United States Department of Labor,<br><br>               Petitioner,<br>         v.<br><br>**T&N MEDICAL TRANSPORT, INC.**,<br><br>               Respondent. | Case No.: CV 10-01238 DDP (CWx)<br><br>**ORDER TO SHOW CAUSE**<br><br>On Secretary of Labor's Petition to Enforce Administrative Subpoena Duces Tecum |

Petitioner, Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Petitioner" or the "Secretary"), has applied to this Court for an Order requiring Respondent T&N Medical Transport, Inc. ("Respondent") to produce the records, papers and documents set forth in a subpoena duces tecum issued by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor, and duly served upon Respondent.  Having considered the matters set forth in the Petitioner's pleadings (see Doc. 1), it is hereby

**ORDERED** that Respondent appear and **SHOW CAUSE**, if any there be, why Respondent should not be ordered by this Court to comply with the subpoena duces te-

1  cum issued to Respondent by the Regional Administrator, Wage and Hour Division,
2  U.S. Department of Labor; and it is further
3      **ORDERED** that Respondent serve and file, no later than **Monday, June 7, 2010**
4  a response to the Petition, specifically admitting or denying each allegation of the Peti-
5  tion, and setting forth the cause, if any there be, why the Petition should not be granted;
6  and it is further
7      **ORDERED** that Respondent appear at a hearing to be held on the Petition on
8  **Monday, June 21, 2010**, at **10 a.m.**, in Courtroom Number 3, located at the United
9  States Federal Courthouse, 312 N. Spring Street, Second Floor, Los Angeles, California
10  90012; and it is further
11      **ORDERED** that an Investigator from the Wage and Hour Division, U.S. Depart-
12  ment of Labor, shall forthwith serve copies of this Order to Show Cause and a copy of
13  the Petition and supporting documents on Respondent.

Dated:  May 03, 2010         _____
                                    The Hon. Dean D. Pregerson
                                    United States District Judge